Robert O'Connor, an Infant, by Arthur O'Connor, His Guardian ad Litem, et al., Respondents, *v.* Kulerban Holding Corporation, Appellant.

(Submitted June 4, 1934; decided July 3, 1934.)

*Alvin R. Cowan* and *Harold M. Phillips* for appellant. *Samuel L. Sargent, Gabriel Rubino* and *Charles F. McGrath* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.